**John C. FRAZIER, III (doing business as Markley Cove Resort), Linda Frazier (doing business as Markley Cove Resort), Laguna Hermosa Corporation (doing business as Rancho Monticello Resort), and Rel Limited (doing business as Spanish Flat Resort), Plaintiffs–Appellants,**

**and**

**Steele Park Resort, Inc., Plaintiff,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2008–5015.**

United States Court of Appeals, Federal Circuit.

Dec. 5, 2008.

Gregory T. Jaeger, Marzulla Law, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Roger J. Marzulla and Nancie G. Marzulla.

David S. Silverbrand, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attor-

ney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief was James E. Turner, Assistant Regional Solicitor, Office of the Solicitor, Pacific Southwest Region, United States Department of the Interior, of Sacramento, CA.

Before NEWMAN, RADER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.